# Exhibit A

### Evidence of Use Regarding U.S. Patent No. 7,177,285
–
### AXON Networks and Greenwave Systems Devices Supporting Wi-Fi Protected Setup (WPS)

The following claim chart includes illustrations, diagrams, and references relating to AXON Networks and Greenwave Systems devices such as G6500X10WG10G Wi-Fi 6 Router, G4500, and LTE Router products. Various components cited herein are intended to illustrate theories of infringement and are not intended to exclude other components used in AXON Networks and Greenwave Systems devices from allegations of infringement. Upon information and belief, including based on public information, information appearing on AXON Networks website, and various standard documents, other accused AXON Networks and Greenwave Systems devices similarly infringe, including those listed in Part II of CommWorks Solutions' (CommWorks') Disclosure of Asserted Claims and Infringement Contentions. Accordingly, the infringement contentions, and evidence of infringement, set forth in these charts apply to each Accused AXON Networks and Greenwave Systems devices, including those identified in Part II of CommWorks' Disclosures.

To the extent that multiple cases of infringement are set forth in the below charts, if no reference is made to a specific case with respect to a claim or claim element, the evidence of infringement applies to all cases of infringement set forth for that claim, or the claim(s) on which that claim depends.

To the extent there are any differences between the accused instrumentalities and the following claim elements, any such differences are insubstantial, and the claim(s) is infringed under the doctrine of equivalents.

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| 1[a] | A process for provisioning between a wireless device and a network, comprising the steps of: | AXON Networks and Greenwave Systems performs, via its Wi-Fi Protected Setup ("WPS") compatible access points, a process for provisioning between a wireless device and a network.<br><br>For example, the AXON Networks and Greenwave Systems devices such as G6500X10WG10G Wi-Fi 6 Router, G4500, and LTE Router, include Wi-Fi Protected Setup ("WPS") between a wireless device (enrollee) and a network, for example, a Wireless Local Area Network ("WLAN").<br><br>*See, e.g.,* |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
|  |  | G6500X10WG<br>10G XGSPON High Performance Wi-Fi 6 Router |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | **TECHNICAL SPECIFICATIONS:**<br><br>- Model Number: G650010WG<br>- Wi-Fi 6 Dual Band Wi-Fi<br>  - 2.4 GHz: 4x4 (Tx/Rx) 1024 QAM 40MHz, up to 1.2Gbps<br>  - 5 GHz: 4x4 (Tx/Rx) 1024 QAM 160MHz, up to 4.8Gbps<br>  - Backwards compatible with 802.11a/b/g/n/ac Wi-Fi<br>  - OFDMA Uplink & Downlink§<br>  - 1024-QAM<br>  - 160MHz channel support***<br>  - Programmable BSS Coloring<br>  - Supports UNII-1, UNII-2 & UNII-2x (DFS), UNII-3 channels<br>  - Zero-Wait DFS reentry<br>  - MU-MIMO Downlink<br>  - High Power Wi-Fi amplifiers<br>- Dual-Core 1.3 GHz MIPS InterAptiv™ Processor<br>- 1GB DDR3 Memory, 1GB Flash<br>  - One (1) 10/100/1,000/10,000 Mbps - 10 Gigabit Ethernet port<br>  - Four (4) 10/100/1,000 Mbps Gigabit Ethernet port<br>  - Fiber Port - Plug in SC/APC Fiber connector for XGSPON WAN connectivity<br>  - Single fiber bi-directional data links symmetric 10Gbps Downstream/ 10Gbps Upstream XGSPON ONU application with XGSPON MAC function with FEC enabled.<br>  - Supports Dying Gasp functionality<br>  - Optical Subassembly -<br>  - Class B+ 10Gb/s symmetric XGSPON rate<br>  - Supports Optical classes N1/N2/E1<br>  - Minimum optical output power 2.5mW<br>  - Maximum optical output power 6.3mW<br>  - Max Rx sensitivity -28.5dB<br>  - -40°C to 85°C,<br>  - 9.953Gbps, 1577nm, NRZ, PRBS 2^31-1<br>  - ER=9dB, and<br>  - BER=10^-3<br>  - Wavelengths: 1577nm Rx 1270nm Tx<br>  - Supports 1270nm Burst-Mode Transmitter<br>  - Supports 1577nm Continuous-Mode Receiver<br>- IPv4 and IPv6 support<br>- USB 3.0 Host port<br>- Multi-color LED status<br>- **WPS and Reset buttons** (yellow box added)<br><br>https://www.axon-networks.com/products/10g, AXON Networks, G6500X10WG10G Wi-Fi 6 Router. (yellow box added) |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | **G4500** — Software Defined Multi-Dwelling Unit |
| | | **TECHNICAL SPECIFICATIONS:** |
| | | - Dual-Core 800 MHz MIPS InterAptiv Processor |
| | | - Programmable BSS Coloring |
| | | - Supports UNII-1, UNII-2 & UNII-2x (DFS), UNII-3 channels |
| | | - High Power Wi-Fi amplifiers |
| | | - Five 10/100/1000 Mbps gigabit Ethernet ports - one WAN/LAN and four LAN |
| | | - Reset button |
| | | - SFP Port (Supports up to 2Gbps download, 1Gbps upload) |
| | | - IPv6 Support (Internet Protocol Version 6) |
| | | - Multi-color LED Indicator |
| | | - **WPS button - Allows easy connection of devices to the network** |
| | | - Wi-Fi Certified WPA3 - Enables more robust security for networks |
| | | https://www.axon-networks.com/products/mdu, AXON Networks, G4500. (yellow box added) |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
|  |  |  https://www.axon-networks.com/products/lte-router, AXON Networks, LTE Router. (yellow box added). |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | *See, for example*: WPS Specification:<br><br>**Wi-Fi Protected Setup Specification**<br>**Version 1.0h**<br>**December 2006**<br><br>This document contains a proposal for easy, secure setup and introduction of devices into WPA-enabled 802.11 networks. It is intended to meet the requirements determined by the Wi-Fi Protected Setup working group in the Wi-Fi Alliance.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 1 (CW_TECH_00001911).<br><br>*See also:*<br><br>PushButton Configuration (PBC): A configuration method triggered by pressing a physical or logical button on the Enrollee and on the Registrar.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 11 (CW_TECH_00001921).<br><br>*See also:*<br><br>**Primary Usage Models**<br>1. Setting up a new secure WLAN, which includes Out of Box (Infrastructure mode only)<br>2. Interoperability with legacy APs<br>3. Adding new Member devices to the WLAN<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006 p. 7 (CW_TECH_00001917).<br><br>*See also:*<br><br>• Enrollee: A Device seeking to join a WLAN Domain. Once an Enrollee obtains a valid credential, it becomes a Member.<br><br>. . . |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | • Registrar: An entity with the authority to issue and revoke Domain Credentials. A Registrar may be integrated into an AP, or it may be separate from the AP. A Registrar may not have WLAN capability. A given Domain may have multiple Registrars. <br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 11 (CW_TECH_00001921) (yellow box added). |
| 1[b] | tracking an operating parameter of the wireless device within a service area, wherein the operating parameter of the wireless device comprises an onset of a signal transmission of the wireless device; and | AXON Networks and Greenwave Systems tracks an operating parameter of the wireless device within a service area, wherein the operating parameter of the wireless device comprises an onset of a signal transmission of the wireless device.<br><br>For example, AXON Networks and Greenwave Systems devices such as G6500X10WG10G Wi-Fi 6 Router, G4500, and LTE Router track and monitor Probe Request {WSC IE, PBC}, wherein said Probe Requests include an onset of a signal transmission, *e.g.*, PBC operating parameter in the onset signal Probe Request {WSC IE PBC} transmitted from an in range wireless device (enrollee) seeking access to the network.<br><br>*See, e.g.,*<br><br>When an Enrollee is initialized, it looks for Beacons from APs and sends probe-requests with the WSC IE into either selected networks or into each network sequentially. It may also send probe-requests to each 802.11 channel with the WSC IE included. It looks for the WSC IE in probe-responses that it receives and can engage with one or more Registrars to further discover Registrar capabilities and to see if the user has selected a Registrar. The Enrollee should continue looking for selected Registrar flags in Beacons, probe-responses and any M2 messages and should cease scanning when it finds a Registrar indicating that it is prepared to configure it.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 25 (CW_TECH_00001935).<br><br>*See also:* |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | **2.2.3. Interface M**<br><br>Interface M is the interface between the AP and the Registrar. It enables an external Registrar to manage a Wi-Fi Protected Setup AP. Wi-Fi Protected Setup uses the same protocol for setting up the AP Management interface as for issuing Credentials to Enrollee devices.<br><br>**AP**<br><br>The AP implements Interface M by:<br><br>1. Acting as the Enrollee in the Registration Protocol, sending its own Discovery message across both 802.11 and UPnP. Support for at least three external Registrars is required.<br>2. Implementing the Management Interface described in the WFADevice and WFAWLANConfig Service documents. The AP is required to be a UPnP device that includes support for the Wi-Fi Protected Setup proxy service.<br>3. Monitoring 802.11 probe request and EAP messages from Enrollees and converting them to UPnP Event messages. It also accepts UPnP actions and converts them to EAP messages according to the proxy function described in the WFAWLANConfig Service document.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 13 (CW_TECH_00001923) (yellow box added).<br><br>*See also:* |



Figure 11  PBC message exchange

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 80 (CW_TECH_00001990) (yellow box added).<br><br>*See also:*<br><br>> • Enrollee: A Device seeking to join a WLAN Domain. Once an Enrollee obtains a valid credential, it becomes a Member.<br>><br>> . . .<br>><br>> • Registrar: An entity with the authority to issue and revoke Domain Credentials. A Registrar may be integrated into an AP, or it may be separate from the AP. A Registrar may not have WLAN capability. A given Domain may have multiple Registrars.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 11 (CW_TECH_00001921). |
| 1[c] | initiating provisioning of the wireless device if the tracked operating parameter occurs within a time interval. | AXON Networks and Greenwave Systems initiates provisioning of the wireless device if the tracked operating parameter occurs within a time interval.<br><br>For example, AXON Networks and Greenwave Systems devices such as G6500X10WG10G Wi-Fi 6 Router, G4500, and LTE Router initiate provisioning, such as by a Probe Response {WSC IE PBC} and subsequent Registration Protocol if the Probe Request {WSC IE PBC} from the wireless device (enrollee) occurs within the 120-second walk-time of the PBC active state of the WPS access point.<br><br>*See, e.g.,*<br><br>> When an Enrollee is initialized, it looks for Beacons from APs and sends probe-requests with the WSC IE into either selected networks or into each network sequentially. It may also send probe-requests to each 802.11 channel with the WSC IE included. It looks for the WSC IE in probe-responses that it receives and can engage with one or more Registrars to further discover Registrar capabilities and to see if the user has selected a Registrar. The Enrollee should continue looking for selected Registrar flags in Beacons, probe-responses and any M2 messages and should cease scanning when it finds a Registrar indicating that it is prepared to configure it.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 25 (CW_TECH_00001935). |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | **2.2.2. Interface E**<br><br>This interface is logically located between the Enrollee and the Registrar (physically, the AP can work as a proxy to convey the messages). The purpose of Interface E is to enable the Registrar to discover and issue WLAN Credentials to the Enrollee. Interface E may include only WLAN communication or it may also include communication across an out-of-band channel.<br><br>**Enrollee**<br><br>The Enrollee implements Interface E by:<br><br>1. **Including a Wi-Fi Protected Setup IE in 802.11 probe request messages.**<br>2. Including a unique, randomly generated device password on a display or printed label. The device password is used to authenticate the in-band exchange between the Registrar and Enrollee.<br>3. Optionally supporting one or more out-of-band channels for easier and more secure configuration.<br>4. Implementing the "Enrollee" part of the Registration Protocol (for more details, refer to section 2.3).<br>5. Optionally receiving ad-hoc probe-responses from wireless Registrars.<br><br>**Registrar**<br><br>The Registrar implements Interface E by:<br><br>1. Processing Enrollee (device or AP) Discovery data in Probe messages (for wireless Registrars) and/or UPnP (for IP-based Registrars).<br>2. Implementing the "Registrar" part of the Registration Protocol (for more details, see section 2.3).<br>3. Optionally supporting one or more out-of-band channels for easier and more secure configuration<br>4. Configuring the AP with the Enrollee's MAC address and Credential using Interface M if necessary<br>5. **Responding to Enrollee Probe-Requests through Probe-Responses if Registrar is an AP** or operating in ad-hoc mode.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, pp. 12-13 (CW_TECH_00001922 - CW_TECH_00001923) (yellow boxes added). |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | 
Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 77 (CW_TECH_00001987) (yellow box added).

*See also:*

> In this example, the user first pushes the button on the Enrollee and then goes to the Registrar to push the Registrar's button. The user must complete the second button push within Walk Time, a maximum of 120 seconds, or the Enrollee times-out and indicates failure. Similarly, if the user first pushes the Registrar button, the Enrollee button must be pushed within Walk Time or the Registrar will indicate failure.

Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 78 (CW_TECH_00001988).

*See also:* |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | |  |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 80 (CW_TECH_00001990) (yellow box added). |